### 13432. POWELL *v.* THE STATE.

BROYLES, C. J. 1. There was some evidence which authorized a charge upon the subject of flight; and the charge given upon that subject, while liable to criticism, does not require another trial of the case.

2. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 9, 1922.

Conviction of manslaughter; from Early superior court — Judge Worrill. February 4, 1922.

*Walter G. Park,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold, E. C. Hill,* contra.